**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  
**Total Works Infringed:** 51  
**IP Address:** 172.91.30.118  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AC0797D21F42B3363930AB90674B243D26BE7476<br>File Hash: C2884F21FFD7B585B594DD011A368E02E02754736805E2406DE854596FDB30DB | 10/11/2020 02:41:12 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |
| 2 | Info Hash: FB0A1251EDA425B389ABB5DB7D7755FEF207DC98<br>File Hash: 04EBFD0C0BB98E0E58F1A82C12E953F1AC20CA7E558DB189DB38DB6021F36322 | 08/30/2021 09:02:04 | Blacked | 08/28/2021 | 09/21/2021 | PA0002312681 |
| 3 | Info Hash: 2C590CABA1B1F14106AEF923186F37EF8C696261<br>File Hash: 361470AD5AA2AFF7A96294860B1F887E9F9A9800D9678E245435FF96E84CCD30 | 01/18/2021 19:53:15 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 4 | Info Hash: 9DFB2B28348D2D9F5CEE9E2B3D6B412C0A037F67<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 12/23/2020 04:53:55 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 5 | Info Hash: 48CF5C2E3FDC7390C7BD670441468B28D502B887<br>File Hash: 2252CEFD64592EA3595D5DDA62578E639E31212FB128134C738B593439E36EFF | 12/23/2020 04:26:02 | Vixen | 10/16/2020 | 11/18/2020 | PA0002272621 |
| 6 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608<br>File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 12/10/2020 02:07:29 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 7 | Info Hash: FEA375B2E4AF2936BEC2188E6EF63BE2A708183A<br>File Hash: C5FB0F224670F9761C63A61DC2B178EB1A7044421782B20D40C338D7AFE40778 | 11/29/2020 05:04:43 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 8 | Info Hash: 090FC56A234EDD703DC3EC3ECB75989FA1D02917<br>File Hash: 222D59260952B32802128BC48A36BB788408D33F83128B2D9F48D7AE9D7B385E | 11/10/2020 23:21:02 | Blacked Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DFA0AF19065D6F02AE53DDE461AB054C52749DB9<br>File Hash: 703FD77F348AD392267F1D6452CBA9BBEBEC335C0DA6636F12F6F5A7B1EC39A4 | 11/10/2020 23:19:45 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 10 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A<br>File Hash: FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 10/27/2020 12:24:04 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 11 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/04/2020 07:10:11 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 12 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 09/20/2020 06:37:53 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 13 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 09/01/2020 02:55:14 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 14 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 08/25/2020 07:38:23 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 15 | Info Hash: F8BEA2187EB8AC4D9D102095C2A9C332FFDAC5CF<br>File Hash: 665F883B02F64EAB71844D54138F85F3010D84DEAEC3AAD7FAAACE346EECEB50 | 08/20/2020 10:43:04 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 16 | Info Hash: 389D871A4205ED73EEEAF75A276D7D9C8EDF97AF<br>File Hash: 75A10645AD2A4D881341E998952C50CBED5328FA6B3CBE55B286AAF0E7345573 | 08/16/2020 09:56:47 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |
| 17 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 07/25/2020 20:10:58 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FCB549F603421D845CA6D561B936B458E6EB795A<br>File Hash: 62ACD10B7CEEF974448C07E4E552484EDC7229EBBFB82B3DABFFB38BD045AC69 | 07/19/2020 11:50:47 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 19 | Info Hash: 040D75274B1433A85DAA28A231F3DF0ECD8772B0<br>File Hash: 427A539D1D29259BAAD6046743A3A58DB560002639403F17B3AFB748A29F38AC | 07/13/2020 06:25:38 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 20 | Info Hash: FB6E2922CB4A507A89BC3061DC947A77E2A3483A<br>File Hash: F1A108E7915F3893626668F747AC2294B639E966423FEAE9AD57E90309217051 | 06/30/2020 15:14:03 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 21 | Info Hash: 0FCDD7A927CCE574B5F4A1086AEF7368D2757D24<br>File Hash: 21296AC9008878646DEDA2AC962C2AA132260CAE722DC81C4D36DEFB404EFCB2 | 06/30/2020 07:23:43 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 22 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06/21/2020 07:10:52 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 23 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 06/15/2020 05:11:13 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 24 | Info Hash: 4AEB0503D97319F144CEC22BC0ECE10F8AF80B37<br>File Hash: B334AC1093309FCDBCA1464C864E5345063D24749DDAEB16243A2E7DB95DF198 | 05/28/2020 10:16:53 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 25 | Info Hash: 24A64BE5C3820F898A670007F7B072A805BD9DDF<br>File Hash: 2660E35C524E89782B4DF17995C883976A29E7EA796614E16437CBF8AEFB02B0 | 05/12/2020 03:38:06 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 26 | Info Hash: 0A9DFA1F5076B83F5C06694C0ED666DD30BEEEBD<br>File Hash: 49E5B30DFFEA928F4729BA74956D210DF504FB3F82A1140B34EE8523262B4E98 | 05/10/2020 05:44:49 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 05/09/2020 08:06:35 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 28 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05/04/2020 01:59:45 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 29 | Info Hash: 119AF0FE0D600A691A6BE72E8E70780F0211AD6F<br>File Hash: DEF2A0F290E45AF5B8763396AFF59078D56742F92C671B88355E180BA3E645EA | 05/01/2020 19:26:30 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 30 | Info Hash: F6C4CB85B9CE844162A864CE5997F278A1660F44<br>File Hash: 2D470F7DA53635DEB0E86675366502511C88AFA332A9DCB72740A3CC7F8BF1AF | 04/26/2020 20:50:32 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 31 | Info Hash: E077458F7D906DB1BC69A9E02EF2C5B934934ADE<br>File Hash: E513279B7AF04260065807ABA00AA86A17B4AF7883D5C21CE38086F2B4D47408 | 04/21/2020 05:08:23 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 32 | Info Hash: 1EB9F1FD518011DA81313D9C95C13D2DAF986DEA<br>File Hash: BE0714950BAE66935380D8A295E3561971B9A96907AC462560C210D5E728F711 | 04/19/2020 06:45:19 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 33 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04/17/2020 03:48:52 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 34 | Info Hash: FE1330395B6CB1E7D7523CA1068F41219FFC9270<br>File Hash: 5AAFF4EF145AA9F5F83CFA07F345F3EAC2F7C14222F0059B85E58381C1F77F66 | 04/13/2020 07:20:37 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 35 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash: 36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 04/11/2020 04:56:53 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CB67C5E36454FF28F98F9B877FF3D3A6F8A16825<br>File Hash: C544D9ADBF7314162342E2D4F7B61EEB76B52924589173E2885D9240E9C42CFD | 03/30/2020 20:04:03 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 37 | Info Hash: A5238ABA92C7C3F59BEBCF3AF06C6771D12ABCA5<br>File Hash: 9A155F7B62FDCAE408ED44E18AB48F2670085F9201AAA167AB70663EBFE36567 | 03/24/2020 05:31:05 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 38 | Info Hash: F645DA8FBE7E51324E0F7584318A88940DA7FF96<br>File Hash: 678F81DC5888009A36A31D62442978030AB956257F9853504C1E00DD2C9C11FB | 03/18/2020 04:16:51 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 39 | Info Hash: 257415A30658282F03E3611F79BE13DD41CCECDB<br>File Hash: 1E3F16BABF44C3D877F5F71615A2810D183D3C885C6EFD308D4D620D14B603ED | 03/12/2020 20:58:33 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 40 | Info Hash: 78D138F8E426AD8A5AE05AA43D05F19B7B67F31E<br>File Hash: BFE4E59CEE44E31B0BD756B3973717368CBBF3D98000B519951CCA6D713927A2 | 03/04/2020 07:45:20 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 41 | Info Hash: 5E4B7412B17A75CC358CD08A5E014FE259CD0D1D<br>File Hash: 9887B265BC89193EA03348CE5C77ABABBCAB6958DF7242AD89DE320411F8327E | 02/19/2020 20:01:41 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 42 | Info Hash: 519E5753FCA5BEA281DCAEADFE2C313B3171ECCC<br>File Hash: 6B6B8FE99FA76C5387DAE9F96A7D0289282173422BE5C0D24D405080277E9723 | 02/16/2020 01:02:43 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 43 | Info Hash: 3F2EBC1FDD94A676DF4360DFBFB2D5B90912B185<br>File Hash: 13A47D7FCEB73BE7DE751A8C97B67D39CBB1AC15136BFA102245312556C0A5E1 | 02/13/2020 11:56:10 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 44 | Info Hash: D702D009EB68CCFCCED118FF97BC6DFFFC22A38E<br>File Hash: EEB5F417612E98224C56B6D41EBFFE1E1E502D06E897E6B9C94C4B48BAC263DD | 02/09/2020 12:43:55 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 02/04/2020 09:14:29 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 46 | Info Hash: 2660D97EEDD9B4BFD6281A8343C63CA1EB41A45A<br>File Hash: 1E485D92370F0A47A260B4411DF0A610D35D414CC2C33B46D1DC8C4046FEC5EB | 01/22/2020 01:21:28 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 47 | Info Hash: 71DC4A46E0BB056C83BEE9F08FD9D9C89D21E863<br>File Hash: ECA9DED006381EED7FBA7DC09F50797E0453207D80104BCA9990D9F5D71D202B | 01/02/2020 03:18:53 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 48 | Info Hash: 86B1C8A7FDEE618CD10DE947ED507CA54BC4F149<br>File Hash: 532699269D5BDEA165CC77048507F0256DA013FE36322A4CA4AFA99743D7692A | 12/29/2019 04:06:28 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 49 | Info Hash: 7C9E406FAB73FAC20B6EAC7AE1FE5084E32999D0<br>File Hash: 0388173B9A6A5334727357D81BCFE3D1C4DE85EBE1BF01E463182DA5BB5141EF | 12/04/2019 03:57:47 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 50 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 11/21/2019 03:59:32 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 51 | Info Hash: 4E51ED5793081801489BEAFAA2AF4ED487F0EC90<br>File Hash: 44BDCEC10CC23875480B456AACAE89A0869AA329D0045CB597F210E94ACAA9B8 | 11/20/2019 08:41:13 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |